UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRENDA NICHOLL,<br><br>          Plaintiff,<br><br>     v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>          Defendant. | )<br>)<br>)<br>)    NO. CV-10-039-CI<br>)<br>)<br>)    **JUDGMENT IN A**<br>)    **CIVIL CASE**<br>)<br>)<br>) |

**DECISION BY THE COURT:**

This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED.** The matter is **REMANDED** to the Commissioner for an immediate award of benefits. Defendant's Motion for Summary Judgment dismissal is **DENIED**. Judgment is entered for Plaintiff.

DATED: May 25, 2011

                                            JAMES R. LARSEN<br>
                                            District Court Executive/Clerk

                                            s/ L. Stejskal<br>
                                            Deputy Clerk